Form 3

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ASIA WHEEL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Court No. 23-00143 |

## SUMMONS

TO:   The Attorney General and the United States Department of Commerce:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

---

1.   The plaintiff is Asia Wheel Co., Ltd.  Asia Wheel Co., Ltd. is a Thai producer/exporter of the merchandise at issue, and Asia Wheel Co., Ltd. requested and participated in the Department of Commerce's scope inquiry that resulted in the contested determination.  Plaintiff therefore is a party to the proceeding and entitled to commence this civil action pursuant to 28 U.S.C. § 2631(c), 28 U.S.C. § 1581(c), and 19 U.S.C. § 1516a(a)(2)(B)(vi) & (d).

2.   Plaintiff contests the Department of Commerce's Final Scope Ruling, finding that certain truck wheels manufactured by Asia Wheel Co., Ltd. in Thailand fall within the scope of the antidumping duty and countervailing duty orders on certain steel wheels 22.5 to 24.5 inches in diameter from the People's Republic of China (Case Nos. A-570-082, C-570-083).

3.   The underlying administrative determination was made on June 7, 2023, and served on the interested parties on June 14, 2023, via FedEx.

4. The Final Scope Ruling was not published in the Federal Register.

      /s/ Jay C. Campbell
Walter J. Spak
Jay C. Campbell
Chunfu Yan

WHITE AND CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600

Date:  July 14, 2023

## SERVICE OF SUMMONS BY THE CLERK

### ASIA WHEEL CO., LTD. V. UNITED STATES
### CIT Court No. 23-00143

Pusuant to CIT Rule 3(a)(2), this is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, for which the filing of a summons only is required for commencement of the action. In accordance with CIT Rule 4(a)(1) and (4), the Clerk of the Court is requested to serve the summons on each of the following named defendants:

**UPON THE UNITED STATES:**

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Director Jeanne Davidson
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

**UPON THE DEPARTMENT OF COMMERCE:**

Leslie B. Kiernan
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington DC 20230

Robert Heilferty
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Avenue., NW
Washington, DC 20230