FORM 18A-1

# UNITED STATES COURT OF INTERNATIONAL TRADE
# BEFORE THE HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

| | |
|---|---|
| ASIA WHEEL CO., LTD., )<br>)<br>           Plaintiff, )<br>)<br>and )<br>)<br>ZC RUBBER AMERICA INC., )<br>)<br>           Plaintiff-Intervenor, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>           Defendant, )<br>)<br>and )<br>)<br>ACCURIDE CORPORATION, )<br>)<br>           Defendant-Intervenor. )<br>) | Court No. 23-00143 |

### NOTIFICATION OF TERMINATION OF GOVERNMENT ATTORNEY ACCESS TO BUSINESS PROPRIETARY INFORMATION PURSUANT TO RULE 73.2(c)

**PLEASE TAKE NOTICE** that Ian McInerney, an attorney with the U.S. Department of Commerce, who previously entered an appearance on behalf of defendant United States in this action, is no longer participating in this action. Please remove his CM/ECF access to business proprietary information and assure that he is no longer served with business proprietary information.

Dated: April 12, 2024

                                         s/Ian A. McInerney
                                         Ian A. McInerney
                                         Senior Attorney

FORM 18A-2

Office of the Chief Counsel
 for Trade Enforcement & Compliance
U.S. Department of Commerce
1401 Constitution Avenue N.W.
Washington, D.C. 20230
Tel:  (202) 482-2327
Fax:  (202) 482-4912
Email:  Ian.McInerney@trade.gov