**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| ASIA WHEEL CO., LTD., <br><br> Plaintiff, <br><br> and <br><br> ZC RUBBER AMERICA INC., <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> ACCURIDE CORPORATION, <br><br> Defendant-Intervenor. | Court No. 23-00143 |

### ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Timothy C. Stanceu, is hereby reassigned to the Honorable Gary S. Katzmann.

Dated at New York, New York, this 1st day of August, 2024

        /s/ Mark A. Barnett
      Mark A. Barnett
      Chief Judge